

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| MICHAEL J. BUCK, | § | No. 08-16-00294-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D01234) |
|  | § |  |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **May 18, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Louis Elias Lopez, Jr., Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 18, 2017.

IT IS SO ORDERED this 18th day of May, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez, and Palafox, JJ.